A. N. RIDGELY, Respondent, *v.* TALBOT J. TAYLOR AND COMPANY et al., Appellants, Impleaded with Another.

*Ridgely* v. *Taylor & Co.*, 126 App. Div. 303, affirmed.
(Argued October 25, 1909; decided November 9, 1909.)

APPEAL from a judgment, entered May 5, 1908, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the trial court setting aside a verdict in favor of plaintiff and granting a new trial and directed judgment upon the verdict, in an action to recover for an alleged breach of contract for the purchase and sale of stock.

*Robert W. Candler* and *John Henry Hammond* for appellants.

*I. R. Oeland* and *Henry J. McDermott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: GRAY and HISCOCK, JJ.